IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:20 CR 559 |
| DEVONTE L. FELLOWS, | ) Title 21, United States Code, |
| Defendant. | ) Sections 841(a)(1) and (b)(1(C) |

COUNT 1
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about April 26, 2019, in the Northern District of Ohio, Eastern Division, Defendant DEVONTE L. FELLOWS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(C)
(Death or Serious Bodily Injury Resulting from Use of Controlled Substance)

The Grand Jury further charges:

2. The allegations of Count 1 are hereby re-alleged and incorporated by reference herein. It is further alleged that on or about April 26, 2019, in the Northern District of Ohio, Eastern Division, A.T., a person whose identity is known to the Grand Jury, did fatally ingest and overdose on a controlled substance, namely fentanyl, that had been distributed by DEVONTE L. FELLOWS to A.T. (the deceased person).

3. As a result of DEVONTE L. FELLOWS' distribution of fentanyl as alleged in Count 1, death did result from the use of fentanyl, a Schedule II controlled substance.

All in violation of the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to 21 United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant DEVONTE L. FELLOWS, shall forfeit to the United States all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.