IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR559 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | |
| DEVONTE L. FELLOWS, | ) | JOINT PROPOSED |
| | ) | STATEMENT OF THE CASE |
| Defendant. | ) | |

Now comes the United States of America, by and through Michelle M. Baeppler, Acting United States Attorney, and Peter E. Daly and Christopher J. Joyce, Assistant United States Attorneys, and Defendant Devonte L. Fellows, by and through counsel, and hereby submits the following proposed joint statement of the case to be read to the jury prior to *voir dire*:

Defendant Devonte L. Fellows has been charged in a one-count indictment which alleges that on or about April 26, 2019, Defendant Devonte L. Fellows knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in the Northern District of Ohio. The indictment further alleges that the person to whom Defendant distributed such fentanyl died as a result of ingesting the drug.

Defendant has entered a plea of not guilty to the charge in the indictment and, therefore, has denied these allegations.

Respectfully submitted,

| | |
|---|---|
| MICHELLE M. BAEPPLER<br>Acting United States Attorney<br><br>By:  /s/  Peter E. Daly<br>Peter E. Daly  (OH:  0084745)<br>Assistant United States Attorneys<br>Federal Building<br>2 South Main Street, Room 208<br>Akron, OH 44308<br>(330) 761-0529<br>(330) 375-5492 (facsimile)<br>Peter.Daly@usdoj.gov |  /s/     John P. Luskin<br>John P. Luskin  (OH: 0040158)<br>Counsel for Defendant<br>5252 Meadow Wood Boulevard, Suite 121<br>Cleveland, OH 44124<br>(216) 513-6099<br>john@johnluskin.org |