UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION |
| | ) | |
| Plaintiff, | ) | CASE NUMBER 1:20 CR 559 |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| DEVONTE L. FELLOWS, | ) | |
| | ) | |
| Defendant. | ) | |

The above-captioned case came before this Court for a trial by jury. At the conclusion of the trial, the Jury returned a unanimous Verdict of guilty against the Defendant Devonte L. Fellows on the indictment.

Defendant Devonte L. Fellows was charged with distribution of a mixture or substance containing a detectable amount of fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) with an enhanced penalty under § 841(b)(1)(C) for death resulting from the use of the controlled substance.

The trial commenced on March 22, 2022. A Jury of twelve was selected with four alternates and duly empaneled and sworn. Opening statements of counsel were made. The United States called the following witness(es): (1) Scott Thompson; (2) Morgan Marie Thompson. Court was adjourned until March 23, 2022 at 8:00 a.m.

The trial continued on March 23, 2022. The United States called the following witness(es): (3)Firefighter (Paramedic) Robert Gipson; (4) Patrolman Theodore Dale Davis; (5) Whitney Voss; (6) Dr. Lisa Kohler; (7) Marissa Keeley; (8) Steven Frederick; and (9) Detective Brandon Good. Court was adjourned until March 24, 2022 at 8:00 a.m.

The trial continued on March 24, 2022. The United States called the following witness(es): (9) Detective Brandon Good, continued; (10) Bailey Thompson; (11) Detective Michael Schmidt; and (12) Special Agent Lance Kepple. The United States rested. Defendant's motion pursuant to Fed. R. Crim. P. 29 is denied. Defendant rested. The Court gave preliminary instructions of law to Jury. Court was adjourned until March 25, 2022 at 8:00 a.m.

The trial continued on March 25, 2022. Final arguments of counsel were made. The Court gave final instructions to Jury. The Alternate Jurors were excused and the Jury retired in deliberation. The Jury, in open court, returned a Verdict of Guilty on the indictment as follows:

### VERDICT FORM
### COUNT 1

We the Jury, being duly impaneled and sworn, find the Defendant Devonte L. Fellows, _Guilty_ **(insert in ink guilty or not guilty)** of distribution of a mixture or substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(C) as charged in Count 1 of the Indictment.

If you answered Guilty to Count 1, answer question 1(a). If your verdict was Not Guilty on Count 1, do not answer question 1(a) and sign the Verdict Form.

Question 1(a). With respect to Count 1, do you unanimously find that the government proved beyond a reasonable doubt that death resulted from the use of the fentanyl distributed by the Defendant, Devonte L. Fellows. _Yes_ **(insert in ink yes or no)**

The Court read the Verdict in open court, and thereafter, the Court polled the Jury as to its Verdict pursuant to Rule 31(d) of the Federal Rules of Criminal Procedure. Each Juror affirmatively responded to the correctness of the Verdict. The Court accepted the Jury's Verdict

2

and the Jury was discharged.  The Defendant was referred to Probation for a Pre-Sentence Report and sentencing was set for June 30, 2022 at 11:30 a.m. Defendant was remanded to custody. Court was adjourned.

**IT IS SO ORDERED.**

/s/ Donald C. Nugent
**DONALD C. NUGENT**
**UNITED STATES DISTRICT JUDGE**

DATE: March 28, 2022